963 F.2d 1215w
 SUTTER HOME WINERY, INC., a California Corporation,
Plaintiff-Counterdefendant/Appellee,
v.
VINTAGE SELECTIONS, LTD., an Arizona Corporation,
Defendant-Counterclaimant/Appellant.
SUTTER HOME WINERY, INC., a California Corporation,
Plaintiff-Counterdefendant/Appellant,
v.
VINTAGE SELECTIONS, LTD., an Arizona Corporation,
Defendant-Counterclaimant/Appellee.
 Nos. 90-16156, 90-16171.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Oct. 9, 1991.
Decided May 4, 1992.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 971 F.2D 401.